23918.   MANESS *v.* THE STATE.

DECIDED NOVEMBER 7, 1934.

*Porter & Mebane,* for plaintiff in error.

*James F. Kelly, solicitor-general, J. Ralph Rosser,* contra.

MACINTYRE, J.   The motion for a new trial contains only the general grounds.   The evidence authorized the jury to find "that

the female yielded to the defendant's solicitation for sexual intercourse by reason of persuasion and a pending engagement to marry her and a repetition of the promise of marriage." *Youmans* v. *State*, 16 *Ga. App.* 196 (2) (84 S. E. 833). See also the following authorities cited in the *Youmans* case: *Wilson* v. *State*, 58 *Ga.* 329; *Pough* v. *State*, 7 *Ga. App.* 610 (67 S. E. 695). It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*